B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–13369
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Gabriel Nicholas Damato | Keleen Ann Mullen |
| aka Gabe Damato | aka Kelly A. Mullen, aka Keleen |
| 806 Hamilton Court | Damato, ... |
| Westmont, IL 60559 | 806 Hamilton Court |
| | Westmont, IL 60559 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–4977                                       xxx–xx–7669

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>December 2, 2013</u>                   <u>Kenneth S. Gardner, Clerk</u>
                                               United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Gabriel Nicholas Damato
Keleen Ann Mullen
  Debtors

Case No. 13-13369-DRC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: arodarte  Page 1 of 1  Date Rcvd: Dec 02, 2013
    Form ID: b18w  Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2013.
```
db/jdb     +Gabriel Nicholas Damato,   Keleen Ann Mullen,   806 Hamilton Court,    Westmont, IL 60559-1214
20264671   +Capital One Auto Finance,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
20345671   +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
20264672   +Capital One Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
20264675    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20264676   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20264677   +Pierce & Associates,    1 North Dearborn,   Ste 1300,    Chicago, IL 60602-4373
20264678   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20264679   +U.S. Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
20264684   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court:  Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590)
20346510    Wells Fargo Bank, N.A.,,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
             Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20264670   +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Dec 03 2013 00:30:03
             Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
20264673    EDI: DISCOVER.COM Dec 03 2013 00:28:00     Discover Financial Services,    2500 Lake Cook Rd.,
             Deerfield, IL 60015
20264674    EDI: DISCOVER.COM Dec 03 2013 00:28:00     Discover Financial Services LLC,    Po Box 15316,
             Wilmington, DE 19850
20283599    EDI: DISCOVER.COM Dec 03 2013 00:28:00     Discover Bank,   DB Servicing Corporation,
             PO Box 3025,   New Albany, OH  43054-3025
20264680   +EDI: USBANKARS.COM Dec 03 2013 00:28:00     US Bancorp Center,    800 Nicollet Mall,
             Minneapolis, MN 55402-2511
20264682   +EDI: USBANKARS.COM Dec 03 2013 00:28:00     US Bank Home Mortgage,    US Bancorp Center,
             800 Nicollet Mall,    Minneapolis, MN 55402-2511
20264681   +EDI: USBANKARS.COM Dec 03 2013 00:28:00     Us Bank Home Mortgage,    Bankruptcy/Recovery Dept,
             Po Box 5229,    Cincinnati, OH 45201-5229
20264683   +EDI: WFFC.COM Dec 03 2013 00:28:00     Wells Fargo Auto Finance,
             AFG National Bankruptcy Department,    Po Box 7648,    Boise, ID 83707-1648
                                                                                               TOTAL: 8
```

    ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2013 at the address(es) listed below:
```
              Glenn B Stearns    mcguckin_m@lisle13.com
              Mohammed O Badwan    on behalf of Debtor Gabriel Nicholas Damato mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Mohammed O Badwan    on behalf of Joint Debtor Keleen Ann Mullen mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yanick  Polycarpe    on behalf of Creditor   U.S. Bank National Association
               ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                             TOTAL: 5
```